UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

MELINDA DROPP
    Plaintiff

-vs-                                            Case No. 2:17-CV-11216
                                                Hon. Nancy G. Edmunds

ASSET ACCEPTANCE, LLC
*et al.*
    Defendants

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Asset Acceptance, LLC and Encore Capital Group, Inc. ("Defendants") are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

                                                            s/ Nancy G. Edmunds
                                                            U.S. District Judge

Entered: 6/23/17

Stipulated To By:

LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC

By: s/Sylvia S. Bolos
Sylvia S. Bolos (P78715)
Attorney for Melinda Dropp
24500 Northwestern Hwy, Ste. 206
Southfield MI 48075
(248) 208-8864
SylviaB@MichiganConsumerLaw.com

DYKEMA GOSSETT PLLC

By: s/Theodore W. Seitz (with consent)
Theodore W. Seitz (P60320)
Attorney for Defendants
Capitol View Bldg.
201 Townsend St., Suite 900
Lansing MI 48933
(517) 374-9100